THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Ervin Maurice
 Gadsden, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

Appeal From Charleston County
 William P. Keesley, Circuit Court Judge
Memorandum Opinion No. 2009-MO-005
Submitted November 19, 2008  Filed
 January 26, 2009   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General S.
 Prentiss Counts, all of Columbia, for Petitioner.
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the PCR judges ruling.  After
 careful consideration of the record and briefs, the writ of certiorari is
DISMISSED AS
 IMPROVIDENTLY GRANTED.  
TOAL,
 C.J., WALLER, BEATTY and KITTREDGE, JJ., concur. PLEICONES, J., not
 participating.